FILED: January 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1111
(A091-203-818)
_____

SAMUEL JONATHAN ANTHONY, JR.

      Petitioner

v.

MERRICK B. GARLAND, Attorney General

      Respondent

_____

M A N D A T E
_____

The judgment of this court, entered December 8, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*